# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GREGORY POLKOWSKI, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>JACK DOHENY COMPANIES, INC.,<br><br>     Defendant. | Case No.: 2:25-cv-10516<br><br>Hon. Brandy R. McMillion<br>District Court Judge<br><br>Hon. Curtis Ivy, Jr.<br>Magistrate Judge |

## ORDER GRANTING EXTENSION OF TIME
## FOR DEFENDANT TO RESPOND

This matter having come before the Court upon the March 12, 2025 Stipulation for Extension of Time for Defendant to respond to the Complaint between the parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant Jack Doheny Companies, Inc. shall answer or otherwise respond to Plaintiff's Complaint on or before **April 11, 2025**.

**IT IS SO ORDERED.**

Dated:  March 13, 2025                          s/Brandy R. McMillion
                                                Hon. Brandy R. McMillion
                                                United States District Judge