## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

GREGORY POLKOWSKI, *on behalf*
*of himself and all others similarly*
*situated,*

     Plaintiff,
                                             Case No. 2:25-cv-10516
                                                   Hon. Brandy R. McMillion

v.

JACK DOHENY COMPANIES, INC.,

     Defendant.

_____/

## JUDGMENT

In accordance with the Opinion and Order Granting Defendant's Motion to Dismiss, ECF No. 18, dated November 4, 2025,

IT IS ORDERED AND ADJUDGED that this case is closed.

                              KINIKIA ESSIX
                              CLERK OF COURT

                        By:    s/L. Hosking_____
                                Deputy Clerk

Approved:

s/Brandy R. McMillion
BRANDY R. MCMILLION
United States District Judge


Dated: November 4, 2025
Detroit, Michigan