**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 09, 2026

Ms. Raina C. Borrelli
Strauss Borrelli
980 N. Michigan Avenue
Suite 1610
Chicago, IL 60611

Mr. Nathan Joshua Fink
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. K. Scott Hamilton
Dickinson Wright
500 Woodward Avenue
Suite 4000
Detroit, MI 48226-3425

Mr. Patrick J. Masterson
Dickinson Wright
500 Woodward Avenue
Suite 4000
Detroit, MI 48226-3425

Ms. Cassandra P. Miller
Strauss Borrelli
980 N. Michigan Avenue
Suite 1610
Chicago, IL 60611

Mr. L. Pahl Zinn
Dickinson Wright
500 Woodward Avenue
Suite 4000
Detroit, MI 48226-3425

Re: Case No. 25-2075
*Gregory Polkowski v. Jack Doheny Companies, Inc.*
Originating Case No. 2:25-cv-10516

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 25-2075

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

GREGORY POLKOWSKI

Plaintiff - Appellant

v.

JACK DOHENY COMPANIES, INC.

Defendant - Appellee

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: March 09, 2026

Kelly L. Stephens